UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 09-324-JBC

RHONDA L. THOMAS,                                                              PLAINTIFF,

V.                                          JUDGMENT

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                                    DEFENDANT.

* * * * * * * * * *

The court having denied Thomas's (R. 9) and the Commissioner's (R. 10) motions for summary judgment, **IT IS HEREBY ORDERED AND ADJUDGED** that the administrative decision is **REVERSED** and **REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).  The action is **STRICKEN** from this court's active docket.

Signed on  November 1, 2010

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY